UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TANYA CONSTANTINE** | : | **DOCKET NO. 2:09-cv-2224** |
| | | Section P |
| **VS.** | : | **JUDGE MELANCON** |
| **CITY OF KAPLAN, ET AL.** | : | **MAGISTRATE JUDGE HILL** |

### J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

**IT IS ORDERED** that Motion to Dismiss filed by Melissa Suire  [Rec. Doc. 5] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in Lafayette,  Louisiana, on this 22nd  day of March, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE