UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE  DIVISION

| | |
|---|---|
| **TANYA CONSTANTINE** | **CIVIL ACTION NO. 09-2224** |
| **VS.** | ~~**SECTION P**~~ |
| | **JUDGE MELANÇON** |
| **CITY OF KAPLAN, et al** | **MAGISTRATE JUDGE HILL** |

### AMENDED JUDGMENT

Based on an inadvertent typographical error, the Court's March 22, 2010 Judgment [Rec. Doc. 15] is STRICKEN and AMENDED as follows:

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss filed by Melissa Suire [Rec. Doc. 5] is **DENIED AND DISMISSED** as moot.

**THUS DONE AND SIGNED**, in Lafayette, Louisiana, on this 22nd day of March, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE