UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **Tanya Constantine** | **Civil Action No. 09-2224** |
| vs | **Judge Tucker L. Melançon** |
| **City of Kaplan, et al** | **Magistrate Judge C. Michael Hill** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss filed by Chase Benandi and Rustin Comeaux [Rec. Doc. 6] is **GRANTED**.

**THUS DONE AND SIGNED**, in Lafayette, Louisiana, on this 6th day of July, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE